**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY COLEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLANDS CARRIER TRANSICOLD, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01472 --- JLT<br><br>ORDER TO ATTORNEY ANN HENDRIX TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HER FAILURE TO OBTAIN MEMBERSHIP WITH THIS COURT |

On September 22, 2014, this action was removed to this Court from the Kern County Superior Court. (Doc. 1) On that same date, the Clerk of the Court notified Plaintiff's counsel, Ann Hendrix, that she must be admitted to this Court. (Doc. 4) The Clerk directed Ms. Hendrix to seek membership and provided an application and instructions on how to proceed. Id.

Indeed, the Court's Local Rule 180(b) restricts practice in this Court only to members. However, Ms. Hendrix has failed to seek membership and Plaintiff has not substituted Ms. Hendrix with an attorney who is admitted to practice before this Court.

///

///

///

///

1

Therefore, within 14 days, Ms. Hendrix SHALL show cause in writing why sanctions should not be imposed for her failure to obtain membership with this Court as required by Local Rule 180(b). Alternatively, within the same 14 day time period, Ms. Hendrix SHALL file the membership application and pay the fee <u>or</u> withdraw from representation of Plaintiff in this action.

IT IS SO ORDERED.

Dated:   **December 1, 2014**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE