# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLANDS CARRIER TRANSICOLD, et al.,<br><br>　　　　　Defendants. | ) Case No.: 1:14-cv-01472 --- JLT<br>)<br>) ORDER DISCHARGING ORDER TO SHOW<br>) CAUSE TO ATTORNEY ANN HENDRIX<br>)<br>)<br>)<br>)<br>) |

On September 22, 2014, this action was removed to this Court from the Kern County Superior Court. (Doc. 1) On that same date, the Clerk of the Court notified Plaintiff's counsel, Ann Hendrix, that she must be admitted to this Court. (Doc. 4) The Clerk directed Ms. Hendrix to seek membership and provided an application and instructions on how to proceed. Id.

When Ms. Hendrix did not seek membership, on December 1, 2014, the Court ordered Ms. Hendrix to show cause why sanctions should not be imposed for this failure or to obtain membership or withdraw from the representation. (Doc. 10)

///

///

1

1   On December 12, 2014, Ms. Hendrix provided a written response in which she described a
2   number of issues which caused the Clerk's earlier instruction to go astray and she has now applied for
3   membership.  Thus, the order to show cause is **DISCHARGED**.
4
5   IT IS SO ORDERED.
6   Dated:   **December 15, 2014**                    **/s/ Jennifer L. Thurston**
7                                                                  UNITED STATES MAGISTRATE JUDGE