# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLEMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLANDS CARRIER TRANSICOLD, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01472 JLT<br><br>ORDER DENYING WITHOUT PREJUDICE THE STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE<br><br>(Doc. 42) |

      The pretrial conference in this case is set on September 28, 2015 and the trial is set on November 16, 2015. (Doc. 19) Counsel have filed a stipulation (Doc. 42) to continue the pretrial conference to October 12, 2015 or later date to accommodate their desire to have settlement discussions. Id. However, if the pretrial conference does not occur on September 28, 2015, the Court would not be available to have the conference until October 26, 2015. If the Court waited until that date for the conference, this would leave insufficient time for many of the pretrial activities—including filing, opposing and hearing motions in limine.

      On the other hand, the Court is not opposed to the request but would grant it *only* if counsel agree that they will complete various actions in advance of the pretrial conference—on a schedule that would be issued by the Court—including such activities as the exhibit conference, filing motions in limine and other obligations. Thus, if counsel wish to proceed in this manner, they may file a stipulation agreeing that they will complete pre-pretrial conference obligations on a schedule to be

1

1  issued by the Court.  In this event, the Court will continue the pretrial conference to October 28, 2015.
2  Therefore, at this time, the request is **DENIED without prejudice.**
3
4  IT IS SO ORDERED.
5
   Dated:   **September 18, 2015**                   **/s/ Jennifer L. Thurston**
6                                                   UNITED STATES MAGISTRATE JUDGE