# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLEMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>MIDLANDS CARRIER TRANSICOLD,<br><br>       Defendant. | Case No.: 1:14-cv-01472-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 46) |

On October 19, 2015, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 46) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. A stipulated request for dismissal **SHALL** be filed no later than **November 9, 2015**;
2. All pending dates, conferences, and hearings are **VACATED.**

**IT IS SO ORDERED**.

Dated:  October 21, 2105

Jennifer L. Thurston,
United States Magistrate Judge