UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLEMAN, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MIDLANDS CARRIER TRANSICOLD, a Nebraska Corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01472- -JLT<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE STIPULATED DISMISSAL**<br><br>(Doc. 48) |

On November 6, 2015, the parties filed a Motion to extend the deadline to complete the settlement of this litigation. Good cause appearing, the Court **GRANTS** the stipulation. (Doc. 48) Counsel **SHALL** file a stipulated request for dismissal **no later than November 19, 2015**.

IT IS SO ORDERED.

Dated:　**November 6, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE