UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLEMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLANDS CARRIER TRANSICOLD, a Nebraska Corporation; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-01472- -JLT<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ACTION**<br><br>(Doc. 50) |

　　　On November 16, 2015, the parties filed their stipulated requesting seeking to dismiss the action with prejudice and with each side bearing their own costs.  Thus, the Court GRANTS the stipulation and **ORDERS** the matter **DISMISSED** on the terms agreed upon by the parties.


IT IS SO ORDERED.

　　Dated:　**November 17, 2015**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE